FILED

APR 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 | Arif A. Durrani
Reg. No. 09027-014
2 | Federal Correctional Complex
Victorville I
3 | P.O. Box 5300
Adelanto, CA 92301-5300

4

5 | Case: 1:08-cv-00607
Assigned To : Kollar-Kotelly, Colleen
6 | Assign. Date : 4/9/2008
Description: FOIA/Privacy Act

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF COLUMBIA

10 | ARIF A. DURRANI )    CASE NO.
)
11 |      Petitioner, )    REQUEST FOR CORRECTION
)    OF CITIZENSHIP RECORDS
12 |      v. )    AND DAMAGES
)
13 | U.S. Citizenship and Immigration )    5 U.S.C. §552a(g)(1)
Services, )    (A) (B) AND (C)
14 | )
)
15 |      Respondent. )
)
16 | _____)

17

18 |      Arif A. Durrani, Petitioner, (DURRANI), requests the

19 | U.S. Dictrict Court, for an order to correct his citizenship

20 | records as requested on January 19, 2008.

21 |                    JURISDICTION

22 |      This U.S. District Court has jurisdiction for this

23 | action pursuant to 5 U.S.C. §552a(g)(1)(A), and has jurisdiction

24 | over the Respondents, because the actions occurred within the

25 | confines of this court.

26 | **RECEIVED**

27 | MAR 3 1 2008

28 | Clerk, U.S. District and
Bankruptcy Courts

VENUE

The Venue is proper in the District of Columbia, pursuant to U.S.C. §1391.

STATEMENT OF THE CASE

The relevant procedural history of the case is set forth in more detail in the statement of facts section.

STATEMENT OF FACTS

On May 13, 1986, the Petitioner submitted his naturalization petition. He was interviewed and his approved petition was filed with the U.S. District Court. On July 26, 1986, he was administered an oath in an administrative ceremony. The Petitioner has suffered irreparable damage by the failure of the agency to maintain these records and its effects upon the Petitioner from 1986. See, Appendix 'A'. All administrative appeals or time for response have been exhausted.

REQUEST FOR RELIEF

Petitioner requests the U.S. District Court to order the correction of the records to confirm the Petitioner was naturalized by the former Immigration and Naturalization Service in July 1986, and provide a duplicate copy of his citizenship certificate. In addition, to determine the payment of damages sustained by the Petitioner by this intentional and willful conduct of the employess of the agency.

/

//

//

//

//

CONCLUSION

For the foregoing reasons, the Petitioner requests the correction of his records and pay equitable damages to effectuate complete justice.

Respectfully submitted on this 24th day of March, 2008.

Arif A. Durrani

Petitioner

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding petition was enclosed in an envelope, first class postage prepaid and addressed to:

> Ms. Nancy Mayer-Wittington
> Clerk of the Court
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001-2866

> U.S. Citizenship and Immigration Services
> U.S. Department of Homeland Security
> Office of the General Counsel
> Washington, D.C. 20536

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex on the 24th day of March, 2008.

Arif A. Durrani

//

////

////

////

////

- 3 -

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

January 19, 2008

T. Diane Cejka,
Director
U.S. Citizenship and Immigration Services
Department of Homeland Security,
P.O. Box 648010
Lee's Summit, MO 64064-8010

Reference: NRC2007066997/ 5 USCS §552a(d)(2) Correction of
           Records

Dear Director Cejka:

This is to acknowledge receipt of your letter dated January 11, 2008. I have carefully reviewed my immigration file and other documents related to my citizenship. As you have suggested, I am enclosing a copy of your NACS docket sheet dated May 16, 1997. A copy of this document is also in my immigration file. Please note that, I filed my Naturalization Petition on May 13, 1986. On July 26, 1986, I was naturalized in an administrative ceremony by the former Immigration and Naturalization Service.

However, my records were altered by Dan Hesse, a former, Immigration and Naturalization Service, employee. The duplicate citizenship certificate and the stub of this certificate that was attached to my petition was removed sometime in September 1991 by a former Assistant U.S. Attorney, Holly B. Fitzsimmons. As you will notice, no steps were taken or could be taken during the 120 days of May 13, 1986, to deny this petition. It was granted on July 26, 1986, after an oath was administered by the INS Judge. My citizenship cannot be revoked because the claim made in 1986, does not permit the Department of Justice to prosecute any conduct by the Congressional enacted statute for the Iran-Contra related activities.

During 1988, I had inquired from John Bowers of the Immigration Naturalization Service, who checked and confirmed to me in writing that the certificates were in the file and that, the computer database reflected I was a naturalized U.S. Citizen. See attached note from him. This is also in my immigration file. Therefore, based upon these documents and information, I am requesting your office to correct my records, provide me with a duplicate citizenship certificate and correct all your records and rescind all subsequent actions of the Immigration and Naturalization Service, to restore my citizenship nunc pro tunc to May 13, 1986.

This request is made pursuant to Title 5 USCS §552a (d)(2), to correct my records and provide duplicate(s) or replacement(s) as appropriate to the Department of Homeland Security for confirmation of the citizenship.

Your prompt response within ten (10) working days will be greatly appreciated.

Sincerely,

Arif A. Durrani

Encl: Docket Sheet

cc: U.S. District Court, District of Connecticut,
    Case No 3:86-cr-59-1(SRU)
    U.S. Citizenship and Immigration Services, Washington, D.C.


AAD:ar

APPENDIX TO LETTER DATED JANUARY 19, 2008
U.S. CITIZENSHIP AND IMMIGRATION SERVICES


DOCUMENT 1          NACS DOCKET SHEET (Two part)

DOCUMENT 2          PETITION FILED ON MAY 13, 1986 (Two Part)

DOCUMENT 3          APPROVAL OF PETITION

DOCUMENT 4          OATH AND APPROVAL "GRANTED ADMISSION" TO
                    UPDATE NACS DATABASE AND SENT TO CITIZENSHIP
                    ROOM AFTER ADMINISTRATIVE CEREMONY

DOCUMENT 5          NOTE FROM JOHN BOWER (INS)


EVERYTHING WAS COMPLETED IN MAY 1986. OATH AND FINAL CITIZENSHIP
WAS GRANTED IN JULY 1986. IT HAS NEVER BEEN REVOKED, NOR IT CAN
BE REVOKED BASED ON ANY PROSECUTION FROM THE 1986 CASE.
PROSECUTION BY DEPARTMENT OF JUSTICE WAS BARRED BY CONGRESSIONAL
STATUTE RELATED TO IRAN-CONTRA AFFAIR.

NCDIQCH

NACS SYSTEM
CASE INQUIRY - HISTORY

05/16/97
18:22

STATUS: GB
A-NUMBER: A21763558          NAME: DURRANI, ARIF  ALI
FORM NUMBER: N400            BIRTHDATE: 08/14/49          COUNTRY OF BIRTH: PAKIS
GROUP A-NUMBER:              EXAM LOC: 246    OC LOC: CRT      COURT: 0246
GROUP FORM NUMBER:          CCO CODE: LOS                 CERTIFICATE:
PETITION: 00636787

CASE  ACTIONS

| DATE SET | STATUS | ACTION |
|----------|--------|--------|
| 05/27/87 | GB | HELD - INVESTIGATION |
| 05/27/87 | GB | REMOVED FROM SCHEDULE |
| 05/06/87 | GC | FINAL HEARING SCHEDULED |
| 05/06/87 | GB | RELEASED |
| 09/04/86 | GB | HELD - OTHER |
| 07/26/86 | GB | PETITION ASSIGNED |
| 07/26/86 | GB | PETITION FILED WITH COURT |
| 07/26/86 | GB | RELEASED |
| 07/26/86 | GB | GRANTED |
| 07/26/86 | GB | HELD - WAITING TO FILE PETITION |

COMMAND: CASE                    ANUMBER:  A 21763558    FORM: N400
PF1  PF2     PF3      PF4    PF5       PF6       PF8       PF9       PF11     ENTER
FWD  BACK   NXT SRCH  PR MENU  HELP  MAIN MENU  LOGOFF  NAME/DOB  GROUPS   RTN
ELECT ONE OF THE ABOVE PF-KEYS TO DO NEXT FUNCTION

DOCUMENT 1 (1 of 1)

NCDIQSF                          NACS SYSTEM                         05/16/97
                              CASE INQUIRY - DISPLAY                 18:22

STATUS: GB
A-NUMBER: A21763558              NAME: DURRANI, ARIF ALI
FORM NUMBER: N400                BIRTHDATE: 08/14/49   COUNTRY OF BIRTH: PAKIS
                                MAILING ADDRESS: 4095 E SKELTON CYN CIRCLE
GROUP A-NUMBER:                                   WESTLAKE VILLAGE CA 91361
GROUP FORM NUMBER:
        EXAMINATION LOCATION: 246      OATH CEREMONY LOCATION: CRT
CCO CODE: LOS   CERTIFICATE:                              EXPEDITED: NO
COURT: 0246    PETITION: 00636787   ATTORNEY-ID:       TRANSFERRED: NO
PEND FINAL HEARING                                          HELD: YES

   06/06/86 CLOCK-IN               07/23/86  EXAMINATION APPT DATE
                                             EXAMINATION APPT TIME
   06/06/86 A-FILE RECEIVED   T              EXAMINER ID
   04/23/86 APPLICATION RECEIVED
   06/06/86 PROCESSING COMPLETED           FH/OATH CEREMONY APPT DATE
   05/13/86 DATE FILED                     FH/OATH CEREMONY APPT TIME
        CASE CLOSED                        NATURALIZED
    COMMAND: CASE              ANUMBER:  A 21763558   FORM: N400
     PF3        PF4     PF5      PF6     PF8     PF9      PF11    ENTER
  NEXT SCREEN  PRIOR MENU  HELP  MAIN MENU  LOGOFF  NAME/DOB   GROUPS  HISTORY
ELECT ONE OF THE ABOVE PF-KEYS

DOCUMENT 1 ( 2 of 2 )

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

**ORIGINAL**
(To be retained
by Clerk of Court)

Petition 00636787
No.

To the Honorable JUDGES, DISTRICT _____ Court for the CENTRAL DIST. OF at LOS ANGELES, CA

A.R. No. A21 763 558

This petition for naturalization, hereby made and filed under section ___316___ Immigration and Nationality Act, respectfully shows:

(1) My full, true, and correct name is ARIF ALI DURRANI

(2) My present place of residence is 4095 E SKELTON CYN CIRCLE   WESTLAKE VILLAGE
(Full, true name, without abbreviations)
LOS ANGELES        CALIFORNIA        91361
(County)          (Apt. No.)   (Number and street)   (City or town)
                  (State)              (Zip Code)

(3) I was born on 8/14/49 _____ in PAKISTAN

(4) I request that my name be changed to NONE

(5) I was lawfully admitted to the United States for permanent residence and have not abandoned such residence.

(6) (If petition filed under Section 316(a).) I have resided continuously in the United States for at least five years and continuously in the State in which this petition is made for at least six months, immediately preceding the date of this petition and after my lawful admission for permanent residence, and I have been physically present in the United States for at least one-half of such five year period.

(7) (If petition filed under Section 319(a).) I have resided continuously in the United States in marital union with my present spouse for at least three years immediately preceding the date of this petition, and after my lawful admission for permanent residence, during all of which period my said spouse has been a United States citizen, and have been physically present in the United States at least one-half of such three-year period. I have resided continuously in the State in which this petition is made at least six months immediately preceding the date of this petition.

(8) (If petition filed under Section 319 (b).) My present spouse is a citizen of the United States, in the employment of the Government of the United States, or of an American institution of research recognized as such by the Attorney General, or an American firm or corporation engaged in whole or in part in the development of foreign trade and commerce of the United States, or subsidiary thereof, or of a public international organization in which the United States participates by treaty or statute, or is authorized to perform the ministerial or priestly functions of a religious denomination having a bona fide organization within the United States, or is engaged solely as a missionary by a religious denomination or by an interdenominational mission organization having a bona fide organization within the United States, and such spouse is regularly stationed abroad in such employment. I intend in good faith upon naturalization to live abroad with my spouse and to resume my residence within the United States immediately upon termination of such employment abroad.

(9) (If petition filed under Section 328.) I have served honorably in the Armed Forces of the United States for a period or periods aggregating three years. I have never been separated from the Armed Forces of the United States other than under honorable conditions. If not still in service, my service terminated within six months of the filing of my petition.

(10) (If petition is filed under Section 329.) While an alien or noncitizen national of the United States, I served honorably in an active-duty status in the military, air, or naval forces of the United States during either World War I or during a period beginning September 1, 1939, and ending December 31, 1946, or during a period beginning June 25, 1950, and ending July 1, 1955, or during a period beginning February 28, 1961, and ending October 15, 1978, or I was discharged after five years of service under the Act of June 30, 1950 (P.L. 597, 81st Congress). If separated from such service, I was separated under honorable conditions. At the time of enlistment, reenlistment, or induction I was in the United States, the Canal Zone, American Samoa, or Swains Island. If not in any of these places, I was lawfully admitted to the United States for permanent residence subsequent to enlistment or induction. I was never separated from such service on account of alienage. I was not a conscientious objector who performed no military, air, or naval duty whatever or refused to wear the uniform. I have not previously been naturalized on the basis of the same period of service.

(11) I am not and have not been, within the meaning of the Immigration and Nationality Act, for a period of at least 10 years immediately preceding the date of this petition, a member of or affiliated with any organization proscribed by such Act, or any section, subsidiary, branch, affiliate or subdivision thereof, nor have I during such period believed in, advocated, engaged in, or performed any of the acts or activities prohibited by such Act.

(12) I am, and have been during all the periods required by law, a person of good moral character, attached to the principles of the Constitution of the United States and well disposed to the good order and happiness of the United States.

(13) It is my intention in good faith to become a citizen of the United States and take without qualification the oath of renunciation and allegiance prescribed by the Immigration and Nationality Act, and to reside permanently in the United States. I am willing, when required by law, to bear arms on behalf of the United States, to perform noncombatant service in the Armed Forces of the United States, and to perform work of national importance under civilian direction (unless exempted therefrom).

(14) I am able to read, write, and speak the English language (unless exempted therefrom), and I have a knowledge and understanding of the fundamentals of the history, and of the principles and form of government of the United States.

(15) Wherefore I request that I may be admitted a citizen of the United States of America. I swear (affirm) that I know the contents of this petition for naturalization subscribed by me, and that the same are true to the best of my knowledge and belief, and that this petition is signed by me with my full, true name. So Help Me God.

(16)

Arif Ali Durrani

(Full Name, Without Abbreviations)



**WHEN OATH ADMINISTERED BY CLERK OR DEPUTY CLERK OF COURT**

Subscribed and sworn to (affirmed) before me by above-named petitioner in the respective forms of oath shown in said petition and affidavit and filed in said petitioner, in the office of the clerk of said court at LOS ANGELES, CA

this ___ 18 6

U.S. GOVERNMENT ...ROSHAN

Deputy Clerk.

[SEAL]

**WHEN OATH ADMINISTERED BY DESIGNATED EXAMINER**

Subscribed and sworn to (affirmed) before me by above-named petitioner in the respective forms of oath shown in said petition and affidavit at ___ this ___ day of ___ 19___

Designated Examiner

I HEREBY CERTIFY that the foregoing petition for naturalization was by petitioner named herein filed in the office of the clerk of said court at ___ this ___ day of ___ 19___

Clerk.

Deputy Clerk.

DOCUMENT 2 ( 1 of 2 )

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law;

and that I take this obligation freely without any mental reservation or purpose of evasion: SO HELP ME GOD. In acknowledgement whereof I have hereunto affixed my signature.

*(Signature of Petitioner)*

NOTE—In renunciation of title or order of nobility, add the following to the oath of allegiance before it is signed: "I further renounce the title of (give title or titles) which I have heretofore held," or "I further renounce the order of nobility (give the order of nobility) to which I have heretofore belonged."

Petition granted and ~~Certificate No.~~ _____ issued.

Petition denied: List No. _____

Oath of allegiance waived: List No. _____

U.S. GOVERNMENT PRINTING OFFICE : 1965 O - 474-115

6470  636787
52 6470 5/13/68
6470
32 6470 5/13/68

## RESULT OF EXAMINATION

| COURT ACTION |
| --- |

English: _OK_   Speaks _OK_   Reads _OK_   Write _OK_   Classes _NO_   Govt. _OK_

Date _____   DENIED

G—325 ID. _Neg 46_    G—325B _____    Grounds _____

G—325 Rec. Bt. _Neg 46_    N—426 _____    Examiner _____

G—325C _____   (If Requested)    Other _____    Cont'd _____
Cont'd _____

Eligibility 101 (f): OK _OK_

Documents presented:

_I—151 S/R  21. 163-558_
_8-14-49_
_CHL S/R  77NYC_
_06-16-78_
_06-16-78_

Action or documents still required:
_6x — Post Audit_

Investigation waived. Petitioner under oath approved all statements made at the preliminary investigation.

Recommendation _GA_

Recommendation _GA_    Preliminary and Designated Examiner _____   (Date) _____ 19 ____

Preliminary Examiner _____   _5-13-86_   (Date) _____ 19 ____

MAY 1 3 1986

DOCUMENT 3

...Naturalization Service

Naturalization and Citizenship Branch

100 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

File or A N A21 763 558 Date 6/26/1986

Notice of Preliminary Naturalization Hearing

Expires 3-31-86

You are hereby notified to appear for a hearing on your (your child's) application for naturalization at the DATE, TIME, AND PLACE, shown below.

Date  7/23/1986

Time  9:30 A.M

Place  300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012
FEDERAL BUILDING - DOWNTOWN
ROOM NUMBER: 5-119

You MUST BRING the following with you:
— This letter.
— Alien Registration or Personal Description Form on the REVERSE SIDE COMPLETELY FILLED IN.
— Alien Registration Receipt Card.
— Evidence of Selective Service Registration.
— If documents you have which you used in connection with any entries into the United States.
— Those items listed on the reverse side of this letter which are applicable to you.

Filing Fee.

Filing Fee  $50.00 CASH OR MONEY ORDER (NO COINS). PLEASE BE PREPARED TO PAY THE FILING FEE.

Please KEEP this APPOINTMENT even if you do not have all the items noted above or those on the back. However, you MUST bring the Filing Fee.

IMPORTANT — PLEASE SEE REVERSE

Form N—591A

ARIF DURRANI
4095 E SKELTON CYN CIRCLE
WESTLAKE VILLAGE CA 91361

ERNEST E. GUSTAFSON
DISTRICT DIRECTOR

DOCUMENT  4

ARIF DURRANI

No detainer has been placed against you as you are a U.S. Citizen now. You will not have any problems from this service. You can disregard the I-274 as it only applies to aliens.

Sincerely

John Bower

U.S. INS
691 U.S. Court House
Spokane, WA 99201.

M-180 (Rev. 10-15-75) Y          GPO 897-640

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service



DOCUMENT 5

JS-44
(Rev. I/05 DC)

**CIVIL COVER SHEET**

08-607
CKK

**I (a) PLAINTIFFS**

Arif A. Durrani

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PK)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 09027-014

**DEFENDANTS**

US Citizenship + Immigration Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TR

Case: 1:08-cv-00607
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/9/2008
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((I395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☒ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☒ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)*  | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)*  | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

5 USC 552 (a)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** ◯   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 4/9/08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd