Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**FILED**

APR 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0607

UNITED STATES DISTRICT COURT
WASHINGTON, D.C. DISTRICT OF COLUMBIA

| ARIF A. DURRANI<br>　　　Petitioner, | CASE NUMBER |
|---|---|
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>U.S. DEPT OF HOMELAND SECURITY<br>　　　Respondents. | DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |

I, __Arif A. Durrani_____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☒Yes  ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

       __.26 Cents per hour ($25.00 per month)__

    b. State the place of your incarceration __FCI, Victorville I,_____.
       Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?    ☐Yes  ☒No
    b. Rent payments, interest or dividends?                ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?     ☐Yes  ☒No
    d. Gifts or inheritances?                              ☐Yes  ☒No
    e. Any other income (other than listed above)?         ☐Yes  ☒No
    f. Loans?                                              ☐Yes  ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

**RECEIVED**
MAR 3 1 2008
Clerk, U.S. District and
Bankruptcy Courts

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

CV-60P (08/02)                                                                                                                Page 1 of 3

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒ Yes    ☐ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the <i>six (6) months prior</i> to the date of this declaration.
   
   SEE ATTACHED STATEMENT FROM PRISON

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes    ☐ No

   If the answer is yes, describe the property and state it approximate value: Unknown due to the extradition from Mexico in June 2005 by U.S. government.

5. In what year did you last file an Income Tax Return? 2005 (MEXICO AND PAKISTAN)
   Approximately how much income did your last tax return reflect? Documents not available

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   
   WIFE AND THREE CHILDREN

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CALIFORNIA                              SAN BERNARDINO
State                                   County (or City)

I, Arif A. Durrani, declare under penalty of perjury that the foregoing is true and correct.

March 17, 2008
Date                                    Prisoner/Plaintiff (Signature)
                                        Arif A. Durrani
                                        Petitioner

SUBSCRIBED AND SWORN BEFORE ME
THIS March DAY 20th 20 08
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY

M. Bacon / M. Tom
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ 55.23 on account at the FCI, Victorville I, Adelanto, CA institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 127.33. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 105.70.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____     _____
Date                                Authorized Officer of Institution (Signature)

SUBSCRIBED AND SWORN BEFORE ME
THIS March DAY 20th 20 08
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
M. Bacon M. Bow
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

CV-60P (08/02)                                                                                                          Page 3 of 3