IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0607 (CKK) |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant United States Citizenship and Immigration Services (Agency), by and through the undersigned counsel, respectfully requests an enlargement of time up to and including June 24, 2008, to respond to Plaintiff's Complaint. A response is due by May 12, 2008. Additional time is needed because the Agency is in the process of assigning counsel to assist on this matter. Once agency counsel has been appointed, the undersigned counsel will then need time to confer with counsel before preparing a response. Defendant has not conferred with *pro se* Plaintiff because Plaintiff is incarcerated. See LcvR 7(m). An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122

                    Assistant United States Attorney

                    /s/_____
                    BLANCHE L. BRUCE, D.C. BAR # 960245
                    Assistant United States Attorney
                    555 Fourth Street, N.W., Room E-4220
                    Washington, D.C. 20530
                    (202) 307-6078 (telephone)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of May, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Arif A. Durrani
#09027-014
Federal Correctional Complex
Victorville 1
P.O. Box 5300
Adelanto, Ca. 92301-5300

                    _____/s/_____
                    BLANCHE L. BRUCE
                    Assistant United States Attorney
                    555 Fourth Street, N.W., Room E-4220
                    Washington, D.C. 20530
                    (202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 08-0607 (CKK) |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 24, 2008, in which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____        _____
                                  UNITED STATES DISTRICT JUDGE