Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

June 2, 2008

Ms. Nancy Mayer-Wittington
Clerk of the Court
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Reference: Docket No. 1:08-cv-607(CKK)

Dear Ms. Mayer-Wittington:

　　Attached is a copy of my letter to the Diane Cejka, Director, U.S. citizenship and Immigration and to AUSA William Nardini. These letters are to request the documents that are subject in the above referenced case. Please file this document with the court. I have mailed a copy of this letter to the AUSA assigned to this case.

　　Your assistance in filing this letter with the court is greatly appreciated.

Sincerely,

Arif A. Durrani

Encl: Copy of the letters.

cc: AUSA Blanche L. Bruce

AAD:ar

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

May 30, 2008

Ms. T. Diane Cejka
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, Mo 64064-8010

Reference: FOIA Request for documents

Dear Ms. Cejka:

    I have received your form reply dated May 19, 2008. I still need your prompt response to my attached FOIA request dated April 30, 2008. Please note that I do have <u>all</u> the documents from my A file prior to your consolidation with the T file. The quantity of the documents from the A file are exactly with what you have released after the consolidation of the T file. Therefore, please check, and advise, specifically, answers to my FOIA request dated April 30, 2008. I need from you the copy of my certificate upon which the signed photo is affixed. I also need the confirmation of the quantity of spare signed photograph(s) as shown on right hand corner of document 893. If you cannot locate the certificate in the file, please provide me the number of the certificate. It was completed on July 23, 1986 with the N-405 form and forwarded to the "GA" room.

    Your prompt processing of my FOIA request without any further delay will be greatly appreciated.

Sincerely,

Arif A. Durrani

cc: Ms. Katherine R. Gallo
    Asst. Counsel to the Inspector General
    Office of the Inspector General

Encl: 3 pages, April 30, FOIA request and your May 19, 2008, letter.

AAD:ar



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship
and Immigration
Services

May 19, 2008

NRC2008030654

Arif A. Durrani
Reg. No. 09027-014
FCC Victorville I
PO Box 5300
Adelanto, CA 92301

Dear Arif A. Durrani:

This is in response to your Freedom of Information Act (FOIA) request received in this office on May 19, 2008, regarding the subject: Arif A. Durrani.

Upon review of the FOIA/PA Tracking System, we discovered that your request had been duplicated within the system. This request has been closed out. The original request NRC2008001946, has been processed. The T file asked for in the request was consolidated into the A file prior to the processing of NRC2008001946. All documents that are releasable by law have been released to you under the previous control number. We apologize for any inconvenience this may have caused.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

April 30, 2008

Ms. T. Diane Cejka
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, Mo 64064-8010

Reference: FOIA Request for T File (T021763558) documents

Dear Ms. Cejka:

   Please provide a copy of the following documents from the above referenced T file. It is located in Sect:CV-File Room Number 2 LL V, Resp: 9253- Row CV Shelf 9253-CV9253.

   A copy of the documents and the citizenship certificate upon which the signed photograph in the extreme lower right hand corner of the attached document number 893 is affixed. Please also confirm the quantity of this photograph(s) that are within your file.

   This is a narrow, specific search request and it is requested that it be processed on an expedited basis. A copy of the certificate of identity is also enclosed for this FOIA request. Your prompt processing of this request will be greatly appreciated.

Sincerely,


Arif A. Durrani


Encl: Document No. 893

AAD:ar



U.S. Department of Justice
Immigration and Naturalization Service

Naturalization and Citizenship Branch

300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

You are hereby notified to appear for a hearing on your (child's) application for naturalization at the DATE, TIME AND PLACE shown below:

Date: 9/11/1996

Time: 10:45 AM

Place: 300 NORTH LOS ANGELES ST
LOS ANGELES, CA 90012

You MUST BRING the following with you:
— This letter, with the Personal Description Form on the REVERSE
— Alien Registration Receipt Card
— Any evidence of Selective Service Registration
— Any documents you have which you need in connection with an
— Those items noted on the reverse side of this letter which are a
— Filing Fee:

Please KEEP this APPOINTMENT even if you do not have all t
Form N—430A

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

05/23/96   WAC-96-167-53077   WACLHV01

893

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

June 2, 2008

AUSA William Nardini
U.S. Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Reference: 91cv304 [86cr59(SRU)]

Dear AUSA Nardini:

During the course of litigation of my case in 2004, you sent a e mail message to my attorney Mark Zaid, stating "so Durrani thinks he is a U.S. citizen". From review of my immigration file, I have reason to believe that, Holly B. Fitzsimmons, removed the citizenship certificates from my immigration file. Which prompted you to send that e mail. These certificates have my signed photograh which in in the lower extreme right hand corner of document 893 affixed to them. If you have these documents and or any documents that were removed from my file, please confirm or provide a copy of these documents. Ms. Fitzsimmons, called on September 4, 1986, the INS in Los Angeles, California, to alter my records and in the evening of October 1, 1991, removed my certificates when she had this file in her office.

Your prompt response will be greatly appreciated.

Sincerely,

Arif A. Durrani

cc: Mark S. Zaid
    Inspector General, U.S. Department of Homeland Security

AAD:ar

