IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0607 (CKK) |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant United States Citizenship and Immigration Services (Agency), by and through the undersigned counsel, respectfully requests a second enlargement of time up to and including July 24, 2008, to respond to Plaintiff's Complaint. Defendant's answer is currently due by June 24, 2008. Good cause exists to grant this Motion.

1. Plaintiff filed a Complaint requesting that this Court "order the correction of the records to confirm the [Plaintiff] was naturalized by the former Immigration and Naturalization Service in July 1986, and provide a duplicate copy of his citizenship certificate." (Complaint at 2).

2. Because Plaintiff's request is one for records, that is, a "citizenship certificate," a dispositive motion would be the more efficient method to respond to Plaintiff's Complaint. The additional time is needed for the Agency to review its file and prepare the necessary declarations to adequately respond to the Complaint.

3. Defendant has not conferred with *pro se* Plaintiff because Plaintiff is incarcerated. See LcvR 7(m). An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Arif A. Durrani
#09027-014
Federal Correctional Complex
Victorville 1
P.O. Box 5300
Adelanto, Ca. 92301-5300

_____/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

2