Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　Defendant. | No. 08-CV-0607(CKK)<br><br>SUPPLEMENT COMPLAINT<br>AND REQUEST FOR THE<br>PRODUCTION OF THE<br>CITIZENSHIP CERTIFICATES |

　　　Arif A. Durrani, Plaintiff, has received a second motion by the defendant, United States Citizenship and Immigration Services, by and through its counsel. The defendant is correct that the production of the citizenship certificate would be dispositive of the case. The Plaintiff has reviewed and communicated with the records office of the agency. The production and information sought in his attached letter would conclusively produce the certificate, upon which his 1986 photographs were affixed when he signed his certificate.

The Plaintiff is also aware and has reason to believe those certificates were removed from his file in the evening of October 1, 1991. His records in the computer database was altered by the former INS staff in Los Angeles, California.

The Plaintiff respectfully requests the court to order the production of the information sought by him in the attached Exhibit 1 to this supplemental complaint.

Respectfully submitted on this 25th, day of June, 2008.

Arif A. Durrani
Plaintiff

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

>Ms. Nancy Mayer-Wittington
>Office of the Clerk
>U.S. District Court
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001-2866
>
>AUSA Blanche L. Bruce
>U.S. Attorneys Office
>Civil Division
>555 4th Street, N.W., Room E-4220
>Washington, D.C. 20530

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex, in compliance with the prisoner legal mail box rules pursuant to 28 U.S.C. §1746, certification on the 25th, day of June, 2008.

*[signature]*
Arif A. Durrani

//

# EXHIBIT 1

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

May 30, 2008

Ms. T. Diane Cejka
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, Mo 64064-8010

Reference: FOIA Request for documents

Dear Ms. Cejka:

I have received your form reply dated May 19, 2008. I still need your prompt response to my attached FOIA request dated April 30, 2008. Please note that I do have all the documents from my A file prior to your consolidation with the T file. The quantity of the documents from the A file are exactly with what you have released after the consolidation of the T file. Therefore, please check, and advise, specifically, answers to my FOIA request dated April 30, 2008. I need from you the copy of my certificate upon which the signed photo is affixed. I also need the confirmation of the quantity of spare signed photograph(s) as shown on right hand corner of document 893. If you cannot locate the certificate in the file, please provide me the number of the certificate. It was completed on July 23, 1986 with the N-405 form and forwarded to the "GA" room.

Your prompt processing of my FOIA request without any further delay will be greatly appreciated.

Sincerely,

Arif A. Durrani

cc: Ms. Katherine R. Gallo
    Asst. Counsel to the Inspector General
    Office of the Inspector General

Encl: 3 pages, April 30, FOIA request and your May 19, 2008, letter.

AAD:ar

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

June 2, 2008

AUSA William Nardini
U.S. Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Reference: 91cv304 [86cr59(SRU)]

Dear AUSA Nardini:

    During the course of litigation of my case in 2004, you sent a e mail message to my attorney Mark Zaid, stating "so Durrani thinks he is a U.S. citizen". From review of my immigration file, I have reason to believe that, Holly B. Fitzsimmons, removed the citizenship certificates from my immigration file. Which prompted you to send that e mail. These certificates have my signed photograh which in in the lower extreme right hand corner of document 893 affixed to them. If you have these documents and or any documents that were removed from my file, please confirm or provide a copy of these documents. Ms. Fitzsimmons, called on September 4, 1986, the INS in Los Angeles, California, to alter my records and in the evening of October 1, 1991, removed my certificates when she had this file in her office.

    Your prompt response will be greatly appreciated.

Sincerely,

*[signature]*

Arif A. Durrani

cc: Mark S. Zaid
    Inspector General, U.S. Department of Homeland Security

AAD:ar

