UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARIF A. DURRANI,** )<br>)<br>          **Plaintiff,** )<br>)<br>)<br>v.                                                        )<br>)<br>)<br>**U.S. CITIZENSHIP AND IMMIGRATION** )<br>  **SERVICES,** )<br>)<br>          **Defendant.** )<br>_____ ) | Case No.:  1:08-cv-607 (CKK) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant United States Citizenship and Immigration Services, by its undersigned attorneys, answers Plaintiff's Complaint as follows:

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Court lacks subject matter jurisdiction.

### Third Affirmative Defense

Defendant denies each and every allegation contained in the Complaint except as hereinafter may be expressly admitted.

### Specific Responses

Because the Complaint is not numbered and pled in accordance with Fed.R.Civ.P. 10(b), Defendant will respond by the Complaint's subject heading as follows:

**Jurisdiction**

This section contains Plaintiff's characterizations of his claims and legal conclusions to which a response is not required. To the extent that an answer is required, Defendant denies Plaintiff's characterizations and legal conclusions.

**Venue**

Defendant denies venue is proper in the District of Columbia, pursuant to U.S.C. §1391.

**Statement of the Case**

This section contains Plaintiff's characterization of his claims to which a response is not required. To the extent that an answer is required, Defendant denies the characterization.

**Statement of Facts**

Defendant admits that Plaintiff submitted a petition for naturalization with the former Immigration and Naturalization Services (INS) on or about May 13, 1986, but denies all the remaining allegations in the section.

**Request for relief**

Defendant denies that Plaintiff is entitled to the relief prayed for or to any relief whatsoever.

**Conclusion**

This section contains Plaintiff's characterizations of his claims and his legal conclusions to which a response is not required. To the extent that answers are requires, Defendant denies Plaintiff's characterizations, legal conclusions and request for relief.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555- 4th Street, NW
Washington, D.C.  20530
(202) 307-6078

Of Counsel for U.S. Citizenship and Immigration
Eric N. Banks

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th July, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Arif A.Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, Cal. 92301-5300

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney