UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Arif A. Durrani, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0607 (CKK) |
| | : | |
| U.S. Citizenship and Immigration Services, | : | |
| | : | |
| Defendant. | : | |

ORDER

This action brought under the Privacy Act by a prisoner proceeding *pro se* is before the Court on defendant's Answer. The requirements of Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f) are inapplicable to such actions. *See* Local Civil Rule 16.3 (b)(3). Defendant asserts grounds for resolving the case but has not indicated whether a dispositive motion is forthcoming. Accordingly, it is hereby

ORDERED that defendant shall file either a dispositive motion or a proposed briefing schedule by **August 15, 2008**.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: August 1, 2008