Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

JUL 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>         Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND,<br>IMMIGRATION SERVICES<br><br>         Defendant. | No. 08-CV-00607(CKK)<br><br>REQUEST FOR SUMMARY<br>JUDGMENT ON PLEADINGS<br><br>RULE 56 Fed. R. Civ. Pr. |

Arif A. Durrani, Plaintiff, respectfully requests the court to order a dispositive motion to be filed by the defendants. The defendant obtained two extensions from this court based upon its declaration that it would need the additional time to prepare and file a dispositive motion on July 24, 2008.

The defendant has filed a "boiler plate" denial on July 24, 2008. The defendant did not file the dispositive motion it claimed it would file in its application for additional time on June 18, 2008. The reply filed on July 24, 2008, was in bad faith. The defendant has had ample opportunity to review its file and to correct its records. The delay is causing the Plaintiff irreparable harm.

The defendant has admitted the Petition was filed on May 13, 1986. It is disingenuous for the defendant to deploy procedural grounds instead of providing to the court the record that this petition was granted. Pursuant to the C.F.R. it must be granted or denied in 120 days. It is apparent it was granted. Since it was granted, the defendant must inform the court that the petition was granted. The Plaintiff has provided a copy of the actual approved petition which is within the defendants file. The file also contains the copy of the docket sheet that this petition was granted on July 26, 1986, after the administration of the oath by the immigration judge in an administrative ceremony.

The file contains the spare photograph. The other two were affixed to the citizenship certificates (original and duplicate) that were signed by the Plaintiff. These documents exist in the file. The Plaintiff sought a copy of his certificate which would have been dispositive of his complaint.

The defendant has evidence within its file to alter and destroy the Plaintiff's records. The defendant is not permitted to deny correction of the records to protect criminally prosecutable misconduct by employees of the former Immigration and Naturalization Service.

For the forgoing reasons, the Plaintiff respectfully request the court to grant the relief requested. The defendant has accepted the Naturalization petition was filed. It has in its record the petition was granted. It cannot produce any document it was denied within 120 days of May 13, 1986. The Plaintiff has produced a document from the defendants file to show naturalization was granted on July 26, 1986. A copy of the spare photograph is in the file which can be used to reconstruct the 1986 duplicate certificate. The petition facially shows it was granted and an oath of allegiance was administered. There was no basis nor one exists to deny the petition in 1986. The court must accept these documents as originals and award the declaratory judgment. A proposed order is attached.

Respectfully submitted, on this 25th day of July 2008.

Arif A. Durrani

Plaintiff

//

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

```
Ms. Nancy Mayer-Wittington
Office of the Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

AUSA Blanche L. Bruce
U.S. Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4220
Washington, D.C. 20530
```

It is further attested that the envelope(s) were deposited with the mail room at the Federal Correctional Complex, in compliance with the prisoner legal mail box rules pursuant to 28 U.S.C. §1746, certification on the 25th, day of July, 2008.

Arif A. Durrani

//

- 4 -

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　Defendant. | No. 08-CV-0607(CKK) |

PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's motion for Summary Judgement, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is,

FURTHER ORDERED that defendant shall deliver a duplicate citizenship certificate or replacement dated May 13, or July 26, 1986, with the 1986 citizenship photograph affixed on it to the Plaintiff.

Date_____              _____
                                 UNITED STATES JUDGE