IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0607 (CKK) |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF PROPOSAL
FOR DISPOSITIVE MOTION BRIEFING SCHEDULE**

Defendant United States Citizenship and Immigration Services submits the following proposed briefing schedule for dispositive motions:

1. Deadline for dispositive motions – September 8, 2008

2. Responses in opposition – October 10, 2008

3. Reply to opposition – October 23, 2008.

Defendant has not conferred with *pro se* Plaintiff because Plaintiff is incarcerated. See LcvR 7(m).

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2008, I caused the foregoing Notice of Proposal for Dispositive Motion Briefing Schedule to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Arif A. Durrani
#09027-014
Federal Correctional Complex
Victorville 1
P.O. Box 5300
Adelanto, Ca.  92301-5300

/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)