Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

August 13, 2008

**RECEIVED**

**AUG 1 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Nancy Mayer-Wittington
Office of the Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Reference: Docket No. 08-CV-0607 and 0609(CKK)

Dear Ms. Mayer-Wittington:

I have attached two copies of my letter to the U.S. Attorney, Jeffery A. Taylor. This request is made in good faith to resolve the two cases. The documents withheld by the government are for concealment of criminally prosecutable misconduct. and any exemption claimed would be in bad faith. Please file one set of these documents with the leave of the court in each case.

Your assistance in filing my documents with court is greatly appreciated.

Sincerely,

Arif A. Durrani

cc: Mr. Jeffery A. Taylor, U.S. Attorney.

AAD:ar

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

August 13, 2008

Mr. Jeffery A. Taylor
United States Attorney
U.S. Attorneys Office
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Reference: Case No. 08-CV-0607 and 0609(CKK)

Dear Mr. Taylor:

    I have two above referenced civil FOIA cases pending in your district. I am seeking documents that constitute criminally prosecutable misconduct by two Assistant U.S. Attorneys in the Southern and Central District of California. I have filed my complaints with the Office of Professional Responsibility. I would like to request you to personally intercede to help resolve these issues. The government attorneys from your office have been requesting extensions instead of filing any dispositive motions. I am making this good faith effort to resolve this matter. It will save judicial resources and funds that can be diverted to other worthwhile litigation by your office.

Case No. 08-CV-0607(CKK)

    This case is seeking the correction of my immigration records. A former employee of the Immigration and Naturalization Service, Dan Hesse, in Los Angeles, altered my records upon instructions of a former AUSA Holly B. Fitzsimmons. He has removed the citizenship certificates from my file. You have my file in your office. My photograph from 1986 was attached to these certificates in that file. I am requesting the court for a duplicate certificate with that photograph affixed on it and dated May 13, 1986. The oath was administered by the Immigration Service in an Administrative ceremony. It was granted in July 1986. It is reflected in the docket sheet I have provided to the district court with my complaint. This will terminate the case in its entirety. I have corresponded with the court clerk in Los Angeles. He has confirmed to me that my duplicate certificate is in my immigration file because the administrative ceremony was conducted by the former INS.

Case No. 08-CV-0609(CKK)

This is a FOIA request for documents. I have identified the documents in the specific government files. I have the most incriminating final documents. What I am seeking is the underlying documents to be released. The withheld documents show the chronology and sequence of how the end document came into existence. They were created to arrest and extradite me for a bogus indictment. The indictment CR99-470-PA has been dismissed with prejudice.

This bogus indictment was obtained by perjury from the grand jury. The district court has made no inquiry how an innocent person can be indicted, arrested, extradited and unlawfully held to fabricate yet another bogus indictment. I am certain you would never allow this conduct in your office nor would you condone this to happen in another district. This was done during the tenure of the former U.S. Attorney Carol Lam, in San Diego, California, in 2005. The U.S Department of Justice or the Homeland Security is not the place for dishonest and corrupt individuals. They are required to conduct themselves within the rule of law. I am not asking you to decide any merits or contents of these documents. I need them to fully expound how the final document came into existence and upon AUSA William P. Cole's instructions.

I am making this request directly to you to avoid litigation and specifically to ferret out these dishonest individuals from the tax payers supported payroll. Therefore, I request your time to look into these two cases and facilitate resolution without added expense in time and government resources. I can verbatim tell you what they have done and what the documents being withheld will show. Therefore, concealing them will only delay and exacerbate the unlawful criminally prosecutable misconduct. They must operate within the realm of law.

Sincerely,


Arif A. Durrani

cc: Mr. H. Marshall Jarrett, Counsel, OPR,
    U.S. Department of Justice

    Ms. Nancy Mayer-Wittington, Clerk,
    U.S. District Court, Washington, D.C. 20001-2866

AAD:ar